IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GREGORY GRIFFIN,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| **PHILADELPHIA FEDERAL CREDIT UNION,** | : | |
| *Defendant,* | : | **No. 24-909** |
| | : | |

## ORDER

**AND NOW**, this **11th** day of **July 2024**, upon consideration of Defendant's Motion to Dismiss (ECF No. 6), it is hereby **ORDERED** that Defendant's Motion is **GRANTED** as follows:

1. Count I (Breach of Contract) and Count II (Breach of Fiduciary Duties) are **DISMISSED WITHOUT PREJUDICE**.

2. Count III (Civil Money – Federal Reserve Act), Count IV (Laundering of Monetary Instruments), Count V (Transportation of Stolen Securities), Count VI (Securities and Commodities Fraud), Count VII (Peonage), Count VIII (Enticement into Slavery), Count IX (Sale into Involuntary Servitude), Count X (Forced Labor), and Count XI (Benefiting Financially from Peonage, Slavery, and Trafficking in Persons) are **DISMISSED WITH PREJUDICE**.

3. The Clerk of Court is hereby directed to **CLOSE** this case.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**